UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GLASS,<br><br>Plaintiff,<br><br>v.<br><br>DONNY YOUNGBLOOD, et al.,<br><br>Defendants. | No. 1:22-cv-01411-ADA-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(ECF No. 12) |

Plaintiff James Glass is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 6, 2023, the Court issued a screening order finding that Plaintiff's complaint failed to state a claim upon which relief can be granted. (ECF No. 9.) The Court ordered Plaintiff to file a first amended complaint within thirty days and warned, "If Plaintiff fails to file an amended complaint in compliance with this order, the Court will recommend to a district judge that this action be dismissed consistent with the reasons stated in this order." (*Id*. at 6.)

When Plaintiff failed to file an amended complaint, the Magistrate Judge issued an order to show cause within fourteen days as to why the Court should not dismiss his case. (ECF No.

1

10.) Again, the Magistrate Judge warned, "Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action for the reasons stated above." (*Id.*)

Plaintiff did not respond to the order to show cause. On March 9, 2023, the Magistrate Judge issued findings and recommendations recommending dismissal of the action for failure to state a claim, failure to comply with a court order, and failure to prosecute. (ECF No. 12.) The findings and recommendations contained notice that Plaintiff had fourteen days within which to file objections. No objections were filed and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on March 9, 2023 (ECF No. 12), are adopted in full;
2. The action is dismissed for failure to state a claim, failure to prosecute, and failure to obey a court order; and
3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   May 31, 2023

UNITED STATES DISTRICT JUDGE